IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOVO NORDISK A/S and
NOVO NORDISK INC.,

    Plaintiffs,

v.                                                         No. 1:25-cv-00479-MLG-JMR

THE INJECTION AND INFUSION
CLINIC OF ALBUQUERQUE, LLC,

    Defendant.

### ORDER FOR COMPLIANCE WITH FEDERAL AND LOCAL MOTION-FILING RULES

On December 3, 2025, Defendant's counsel emailed the Court's chambers requesting permission for their co-counsel to appear virtually for a December 12, 2025, hearing on Defendant's Motion to Dismiss for Failure to State a Claim. In the alternative, Defendant's counsel asks that the hearing be rescheduled. Defendant's counsel's document did not specify the Plaintiffs' position on the matter.

Federal Rule of Civil Procedure 7(b) dictates that any "request for a court order must be made by motion" pursuant to the same "rules governing captions and other matters of form in pleadings." Motions must be filed electronically "unless nonelectronic filing is allowed by the court for good cause or is allowed or required by local rule." Fed. R. Civ. P. 5(d)(3)(A). The Local Civil Rules of the U.S. District Court for the District of New Mexico do not allow for filings to be submitted outside of the Court's electronic filing system. *See* D.N.M.LR-Civ 5.1 (Unless "otherwise ordered by the Court, electronic filing is mandatory. Electronic filing must be performed through the court's electronic filing system (CM/ECF). Faxing, email[,] or any other form of submission does not constitute electronic filing and will not be accepted . . .").

Furthermore, all motions for an order from the Court must indicate whether it is opposed. *See* D.N.M.LR-Civ 7.1(a) ("[A] motion that omits recitation of a good-faith request for concurrence may be summarily denied.").

For the foregoing reasons, the Court requires Defendant's counsel to resubmit their rescheduling request in accordance with the applicable federal and local rules. Counsel is directed to file a motion that clearly indicates the nonmovant's position and that is filed through the Court's official electronic filing system (CM/ECF). *See* D.N.M.LR-Civ 5.1, 7.1-7.2, 10.

The Court does not permit virtual appearance for motion hearings and so, assuming Defendant's motion is granted, the hearing will be rescheduled at a later date. *See* Doc. 18.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA