IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOVO NORDISK A/S and
NOVO NORDISK INC.,

    Plaintiffs,

v.                                        No. 1:25-cv-00479-MLG-JMR

THE INJECTION AND INFUSION
CLINIC OF ALBUQUERQUE, LLC,

    Defendant.

**ORDER DENYING MOTION TO DISMISS**

On July 21, 2025, Defendant the Injection and Infusion Clinic of Albuquerque, LLC ("Clinic"), filed an opposed Motion to Dismiss Novo Nordisk's[1] Complaint for failure to state a claim upon which relief could be granted. *See* Doc. 6 at 1; Fed. R. Civ. P. 12(b)(6). The parties appeared before the Court on January 30, 2026, to present their oral arguments on the matter. For the reasons already stated on the record during the January 30 hearing, the Court hereby denies the Clinic's Motion to Dismiss. *See* Motion Hearing, Liberty-Cimarron (recorded Jan. 30, 2026, at 10:00 MT) (on file with the District of New Mexico); *see also* Doc. 49.

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] Plaintiff Novo Nordisk A/S (NNAS) is a multinational pharmaceutical company and Plaintiff Novo Nordisk Inc. (NNI) is one of its subsidiaries that manufactures, markets, and sells NNAS's products across the United States. Doc. 1 at 3 ¶¶ 11-15. They are collectively referred to as "Novo Nordisk" in this Order.

1